United States District Court
Southern District of Texas
**ENTERED**
November 16, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PSI MIDSTREAM PARTNERS, L.P., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-3252 |
| | § | |
| TARGA LIQUIDS MARKETING | § | |
| AND TRADE LLC, | § | |
| Defendant. | § | |

## **ORDER**

In accordance with the Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) [Doc. # 11] filed by Plaintiff PSI Midstream Partners, L.P., it is hereby

**ORDERED** that this case is **DISMISSED without prejudice**.

SIGNED at Houston, Texas, this 16th day of **November, 2015**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE